# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Mickey Peck, on behalf of himself and other similarly situated individuals, | Case No: 5:15-cv-0950-F |
| Plaintiff, | **ORDER ON MOTION TO DISMISS WITH PREJUDICE** |
| v. | |
| Sandridge Energy, Inc. and Sandridge Operating Company, | |
| Defendants. | |

This matter having come before the Court on Plaintiffs' Motion to Dismiss with Prejudice (ECF 46), and the Court having considered the papers submitted herein, the Court hereby GRANTS the request. This matter is hereby dismissed with prejudice.

**IT IS SO ORDERED** this 28th day of September, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0950p005.PO.docx